```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/5/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN JOHNSON,

                Plaintiff,

-against-

CITY OF NEW YORK, et al.,

                Defendants.

11 Civ. 4435 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On June 6, 2011, Brian Johnson, Plaintiff *pro se,* filed a complaint alleging claims of false arrest, malicious prosecution, and defamation of character. On September 26, 2011, the Honorable Paul A. Crotty referred the matter to Magistrate Judge James C. Francis IV for general pretrial and dispositive motions. This Court was reassigned the case on May 24, 2013. On January 22, 2014, Defendants moved for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure.

    After careful consideration, Magistrate Judge Francis issued a Report and Recommendation ("R & R"), recommending that the Court grant Defendants' motion. Despite notification of the right to object to the R & R, no objections were filed, and the time to do so has passed. *See* Fed. R. Civ. P. 72(b)(2). When no objection is made, the Court reviews the R & R for clear error. *Dunham v. City of New York,* No. 11 Civ. 1223, 2013 WL 929029, at *1 (S.D.N.Y. Mar. 11, 2013). The Court's review finds no clear error, and accordingly, the Court ADOPTS Magistrate Judge Francis' R & R in its entirety. Defendants' motion is GRANTED.

    The Clerk of Court is directed to close the case, terminate the motion at ECF No. 38, and mail a copy of this order to Plaintiff *pro se.*

    SO ORDERED.

Dated: August 5, 2014
       New York, New York

                                                ANALISA TORRES
                                     United States District Judge